IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FRANKLIN SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-73-L |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On August 18, 2006, Magistrate Judge Gary M. Purcell entered a Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's concurrent applications for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 423, 1382. The Magistrate Judge recommended that the Commissioner's decision be affirmed.

The court file reflects that plaintiff timely filed his Objection to the Findings and Recommendation of the Magistrate, which the court has carefully considered. Plaintiff asserts that the Magistrate Judge failed to give adequate consideration to

his arguments. The court has reviewed plaintiff's objections as they relate to alleged errors in the Report and Recommendation. Although it is clear that the plaintiff disagrees with the conclusions of the Magistrate Judge, the court finds that plaintiff's arguments were correctly analyzed under proper legal standards and the findings in the Report and Recommendation are supported by the record. Thus, upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety. The Magistrate Judge properly found that there is substantial evidence to support the ALJ's finding that plaintiff is not disabled within the meaning of the Social Security Act.

Accordingly, the decision of the Commissioner to deny plaintiff's applications for disability insurance and supplemental security income benefits is **AFFIRMED.**

It is so ordered this 20th day of October, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge